# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY SZUMERA and SHARON SZUMERA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ILYA MARDER, *et al.*,<br><br>    Defendants. | NO. 3:19-CV-00055<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 31st day of July, 2019, **IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. 10) filed by Defendants Ilya Marder, Zoya Marder, and Eltech Capital, LLC is **DENIED**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge